[No. 61077-5-I.   Division One.   October 27, 2008.]

*In the Matter of the Dependency of* J.M.J.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. KENNETH KOLBO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-7-00494-3, George N. Bowden, J., entered December 4, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Leach, JJ.

[No. 61116-0-I.   Division One.   October 27, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN DAVID SPENCER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-06162-1, Charles W. Mertel, J., entered December 10, 2007. *Remanded* by unpublished per curiam opinion.

[No. 61270-1-I.   Division One.   October 27, 2008.]

*In the Matter of the Personal Restraint of* TOBY JOSEPH MASSE, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.